# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ELGINE WILSON FURLOW,

    Plaintiff,

-vs-                              Case No. 6:09-cv-1772-Orl-28GJK

CLARK,

    Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion for Appointed Lawyer (Doc. No. 2) filed October 14, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 4, 2009 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Appointed Lawyer (Doc. No. 2) is **DENIED.**

3. The Complaint is **DISMISSED** with prejudice for violating the injunction entered in Furlow v. McClinton, Case No. 6:07-cv-1996-Orl-31DAB.

4. The Clerk of the Court is directed to close this case and not accept any further pleadings, motions, or other documents from Plaintiff in this case.

DONE and ORDERED in Chambers, Orlando, Florida this _____ day of January, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party