# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELGINE WILSON FURLOW,**

        **Plaintiff,**

**-vs-**                                                                 **Case No.  6:09-cv-1772-Orl-28GJK**

**CLARK,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. No. 12) filed March 17, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed March 19, 2010 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

1. The Court notes Plaintiff has filed an "Appeal Review Notice of Appeal and or Motion Brief of Objection for Local Middle District Court Review Factual Civil Rights Complaint or Forward to 11th Circuit Court of Appeal Atlanta, GA." (Doc. 14) which the Clerk has docketed as an appeal.  The Court has reviewed this filing in its *de novo* review of the record.

2.      Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. No. 12) is **DENIED**.

3.      The Court certifies that the appeal is not taken in good faith.

4.      Plaintiff's Notices of Appeal having been filed (Doc. Nos. 10 and 14), the Clerk is once again directed to not accept any further filings from this Plaintiff(pleadings, motions, or any other documents) and to return them immediately on receipt to Plaintiff (in accord with this Court's earlier Order in this case (Doc. 9) and the injunction entered in Furlow v. McClinton, Case No. 6:07-cv-1996-Orl-31DAB).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge